UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAM WUCO,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOE, et al.,<br><br>  Defendants. | Case No.: 1:23-cv-00572-KES-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(ECF No. 16) |

Plaintiff David William Wuco is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 13, 2024, the assigned magistrate judge screened plaintiff's first amended complaint and issued findings and recommendations recommending that this action proceed only on plaintiff's Eighth Amendment excessive force claim against John Doe and Eighth Amendment deliberate indifference to serious medical needs claims against John Doe and Jane Doe, and that any remaining claims be dismissed. Doc. 16. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. *Id.* at 8. No objections have been filed and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the

findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued September 13, 2024, Doc. 16, are adopted in full;
2. This action proceeds only on plaintiff's Eighth Amendment excessive force claim against John Doe, and Eighth Amendment deliberate indifference to serious medical needs claims against John Doe and Jane Doe;
3. All other claims in plaintiff's first amended complaint are dismissed; and
4. This matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    June 12, 2025

UNITED STATES DISTRICT JUDGE

2