# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID WILLIAM WUCO,

      Plaintiff,

    v.

JOHN DOE, et al.,

      Defendants.

Case No.: 1:23-cv-0572 KES SKO (PC)

ORDER ADOPTING RENEWED FINDINGS AND RECOMMENDATIONS TO DISMISS DEFENDANTS JANE DOE AND JOHN DOE WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO EFFECT SERVICE OF PROCESS

ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

Doc. 26

David William Wuco seeks to hold defendants "Jane Doe" and "John Doe" liable for violations of his civil rights under the Eight Amendment. *See* Doc. 14, 21. Although granted an extension of time to identify the "Doe" defendants for service, Wuco failed to do so. Thus, the magistrate judge recommended Jane Doe and John Doe be dismissed for the failure to effect service of process as required under the Federal Rules of Civil Procedure. Doc. 26.

The court served the findings and recommendations on Wuco and informed him that any objections must be filed within 14 days of the date of service. Doc. 26 at 4. The court also informed Wuco that his "failure to file objections within the specified time may result in the waiver of certain rights on appeal." *Id.* at 4-5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-839 (9th Cir. 2014). Wuco did not file objections, and the time to do so has expired.

///

Pursuant to 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on January 8, 2026 (Doc. 26) are **ADOPTED** in full.

2. Defendants Jane Doe and John Doe are dismissed without prejudice for failure to effect service of process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

3. The Clerk of Court is directed to terminate any deadlines and to close this case.

IT IS SO ORDERED.

Dated:    February 6, 2026

UNITED STATES DISTRICT JUDGE

2